FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACI E VAN HOVEN,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; and RYAN D. McCARTHY, Secretary, United Stated Department of Army Corps of Engineers.<br><br>    Defendants. | NO: 4:19-CV-5191-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

 BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 40.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

 1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 40**, is **GRANTED**.

 2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** August 11, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2